George R. Benson, executor under the last will and testament of Catherine L. Benson, deceased, et al., appellees, v. Mid-States Manufacturing Company, appellant. Gen. No. 38,178.

Opinion filed February 11, 1936.

Nusbaum, Damon & Sturman, for appellant; M. Robert Sturman and Samuel J. Sherman, of counsel. Benjamin S. Mesirow, for appellees; Julius M. Lorenz, of counsel.

Mr. Justice John J. Sullivan delivered the opinion of the court.

L. L. Buster, appellee, v. Indianapolis Life Insurance Company and Parker and Finney, Inc., appellants. Gen. No. 38,207.

Opinion filed February 11, 1936.

Deming, Jarrett & Mulfinger, for appellants. No appearance for appellee.

Mr. Justice John J. Sullivan delivered the opinion of the court.

Anna Babinec, appellee, v. Sidney Jack Winter, appellant. Gen. No. 38,329.

Opinion filed February 11, 1936.

Silber, Isaacs, Clausen & Woley, for appellant; Donald N. Clausen and Herbert W. Hirsh, of counsel. Harold T. Halfpenny and James J. Trainor, for appellee.

Mr. Justice John J. Sullivan delivered the opinion of the court.

Peter Smith, appellee, v. County of Cook, appellant. Gen. No. 35,338.

Opinion filed February 11, 1936.

Thomas J. Courtney, State's Attorney, for appellant; Hayden N. Bell, Jacob Shamberg, William P. Kearney, Gerald E. Hornidge and William T. Crilly, Assistant State's Attorneys, of counsel. Coburn, Kearney & Coburn, for appellee; John J. Coburn, of counsel.

Mr. Justice John J. Sullivan delivered the opinion of the court.